1   Jeffrey Cutler, CA Bar No. 100639,
    Email: jcutler@wkpyc.com
2   Elizabeth Rosenfeld, CA Bar No. 106577
    Email: rosenfeld@wkpyc.com
3   Sally S. Frontman, CA Bar No. 227735
    Email: sfrontman@wkpyc.com
4   WOHLNER KAPLON PHILLIPS
    YOUNG & CUTLER
5   A Professional Corporation
    16501 Ventura Boulevard, Suite 304
6   Encino, California 91436
    Telephone: (818) 501-8030
7   Fax: (818) 501-5306

8   Attorneys for Plaintiffs

9                **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11                      **(Western Division)**

12  THE BOARDS OF TRUSTEES  OF THE     ) CASE NO.  CV11-03250 DMG
    SOUTHERN CALIFORNIA GLAZIERS,      ) (JEMx)
13  ARCHITECTURAL METAL AND            )
    GLASS WORKERS HEALTH AND           )
14  WELFARE TRUST; THE SOUTHERN        )
    CALIFORNIA, ARIZONA, COLORADO,     ) **ORDER DISMISSING**
15  AND SOUTHERN NEVADA GLAZIERS,      ) **COMPLAINT WITH**
    ARCHITECTURAL METAL AND            ) **PREJUDICE** [21]
16  GLASS WORKERS PENSION TRUST        )
    FUND; THE GLAZIERS,                )
17  ARCHITECTURAL METAL AND            ) **[Fed.R.Civ.P. 41(a)(1)(ii)]**
    GLASS WORKERS DISABILITY           )
18  TRUST; THE SOUTHERN CALIFORNIA     )
    GLASS AND GLAZING INDUSTRY         )
19  TRUST FUND; THE SOUTHERN           )
    COUNTIES GLAZIERS'                 )
20  APPRENTICESHIP TRAINING TRUST;     )
    SOUTHERN CALIFORNIA GLASS          )
21  MANAGEMENT AND GLAZIERS,           )
    ARCHITECTURAL METAL AND            )
22  GLASS WORKERS LOCAL 636 AREA       )
    LABOR-MANAGEMENT COMMITTEE;        )
23  NATIONAL LABOR MANAGEMENT          )
    COOPERATION FUND,                  )
24                                     )
                    Plaintiffs,        )
25                                     )
    v.                                 )
26                                     )
    SASHCO SECURITY, INC., a California )
27  corporation; and  DOES 1 through 10, )
                                       )
28                  Defendants.        )
    _____ )

1    The parties having stipulated, and good cause appearing therefor,

2    IT IS HEREBY ORDERED as follows:

3

4    The Complaint herein is hereby dismissed with prejudice, each party to bear

5    its own fees and costs.

6

7    Dated:  December 15, 2011

        DOLLY M. GEE
8       UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28